**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1623**

CRISTOBAL ANTONIO COREAS, a/k/a Juan Antonio Mejias, a/k/a
Jose Mejia,

                  Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

                  Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  September 24, 2014        Decided:  October 2, 2014

Before NIEMEYER, MOTZ, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Cristobal Antonio Coreas, Petitioner Pro Se.  Stuart F. Delery,
Assistant Attorney General, Jesse David Lorenz, Emily Anne
Radford, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cristobal Antonio Coreas, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider. We have reviewed the administrative record and the Board's order and find no abuse of discretion. We therefore deny the petition for review for the reasons stated by the Board. See In re: Coreas (B.I.A. May 28, 2014). We also deny Coreas' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED